THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03501-RPM

ELIZABETH STRONG,

    Plaintiff,

v.

WELD COUNTY, COLORADO,
BRUCE BARKER, and
PATRICIA RUSSELL,

    Defendants.
_____

ORDER DENYING MOTION TO STRIKE DEFENDANTS' ANSWER
_____

Upon consideration of Plaintiff's Motion to Strike Defendants' Answer [8] filed March 12, 2014, and defendants' response [9] filed April 2, 2014, it is

ORDERED that the motion is denied.

Dated: April 7th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge