THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03501-RPM

ELIZABETH STRONG,

    Plaintiff,

v.

WELD COUNTY, COLORADO,
BRUCE BARKER, and
PATRICIA RUSSELL,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

    Dated: July 2nd, 2014

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge